ACCEPTED
14-15-00496-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 9:21:49 AM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FOURTEENTH DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NO. 14-15-00496-CR, 14-15-00497-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 9:21:49 AM
CHRISTOPHER A. PRINE
Clerk

**TREY FOSTER**
**APPELLANT**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

**On Appeal from Cause Number 1374929**
**From the 228th District Court**
**Harris County, Texas**

---

### Appellant's Final Motion for Extension
### Due to Exceptional Circumstances

---

To the Honorable Justices of the Fourteenth Court of Appeals:

COMES NOW, Trey Foster, and files this Final Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

#### I.

The current deadline for filing Appellant's Brief is November 2, 2015. There have been two previous motions for extension of time to file Appellant's Brief. It has been less than 90 days since the first due date.

#### II.

Counsel humbly requests this final extension due primarily to the fact that the workload in the office has increased since we recently lost an attorney and in fact the appellate division is down to only six lawyers from our original ten. Counsel currently has 41 active cases and has filed 21 briefs this year, three in the last month. We are now in the process of hiring a new attorney.

In this case, counsel is still working to get an official copy of the voluminous PSI to be filed by the clerk, although counsel has a copy. This was a high-profile case and may

involve complex issues. This brief is priority and will be filed soon.

Additionally, counsel runs the office's intern program which requires daily attention and the FACT (Future Appointed Counsel Training) Program implemented from a federal grant to oversee the training of new lawyers. Counsel is also on the hiring committee for the new appellate position. Counsel also has a brief due to the Court of Criminal Appeals next week where PDR was granted. Also, counsel's child has been ill and missing school this week.

Counsel is currently struggling to get these cases off of this Court's active docket as soon as possible, but original appellant's briefs are time-consuming, as is engaging in all of the client-centered duties such representation entails.

Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for rehearing in cause #1403196
- *Ruben Totten,* PD-0483-15, PDR granted
- *In the Matter of Kevin Compton,* 2012-04759J, hearing on motion to suppress
- *Stephen Hopper,* 14-15-00371-CR
- *Joseph Smith,* 14-15-00625-CR & 14-15-00502-CR
- *Felix Irizarry,* 14-14-00827-CR
- *Darryle Robertson,* 14-15-00132-CR
- *Domingo Medina,* 01-15-00575-CR
- *Frelin Orellana,* 14-14-00701-CR
- *Kori Henegar,* 14-15-00529-CR
- *Pete Rodriguez,* 14-15-00339-CR
- *Craig Beal,* 01-12-00896-CR

- *Corey Nickerson,* 01-15-00764-CR through 01-15-00766-CR

- *Emanuel Hayes,* 1408364

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

### III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension to December 2, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood
